# EXHIBIT A

Electronically Filed by Superior Court of California, County of Orange, 11/05/2024 12:21:06 PM.
30-2024-01438043-CU-BT-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By J. Garay, Deputy Clerk.
Case 8:25-cv-01363-JLS-JDE    Document 1-1    Filed 07/14/25    Page 2 of 28    Page ID #:10

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (SBN 295032)
166 Geary Str STE 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (SBN 244902)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-4704
Facsimile: (888) 410-0415
E-Mail: joel@skclassactions.com

*Attorneys for Plaintiff*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ORANGE

| | |
|---|---|
| DENNIS BOYLE, | Case No. <u>30-2024-01438043-CU-BT-CJC</u> |
| Plaintiff, | Assigned for All Purposes |
| | Judge Shawn Nelson |
| v. | **COMPLAINT** |
| YELLOW SOCIAL INTERACTIVE LTD., | |
| Defendant. | |

COMPLAINT

## NATURE OF THE ACTION AND FACTUAL ALLEGATIONS

Plaintiff brings this action under California's Business & Professions Code § 17200 *et seq*., seeking public injunctive relief to discontinue operation in California of the illegal gambling website, Pulze.com.  Defendant is an offshore criminal enterprise that owns and operates the website.

### The Problem of Online Gambling

1.    The online gambling industry is profiting from gambling addiction the same way the Sackler family once profited from opioids.

2.    For decades, the proportion of Americans diagnosed with pathological gambling held steady at less than 1 percent, with 7 million Americans believed to be suffering from a gambling addiction at an annual "social cost" of $14 billion.  But those numbers have skyrocketed with the advent of online gambling: from 2021 to 2022, there was a 45 percent increase in the number of calls, texts, and messages to the National Problem Gambling Helpline.

3.    According to one study, up to 30 percent of problem gamblers have attempted suicide, while a larger percentage of such individuals reported having suicidal ideations.

4.    The fallout is not limited to gamblers.  It has a ripple effect that negatively impacts spouses, partners, children, and employers.

5.    The United States may be on the cusp of an explosive growth of gambling addiction akin to the opioid crisis, fueled by online access to gambling websites.  Gambling disorder can take as long as five to seven years to develop.  During the last five years, online gambling websites have proliferated with no way to reduce the ensuing harm.  This shift is already evident with the gamblers who seek treatment: they tend to be younger and were raised on smart phones and other devices playing video games that were designed to hook their attention with risk/reward features.

6.    Treating online gambling addiction also poses challenges that are different from other forms of gambling.  A common addiction treatment method is to have the addict avoid proximity to triggering mechanisms, like alcohol or drugs.  But most people, especially young adults, have come to rely heavily on their mobile digital devices, where online gambling is easily

accessible.  Furthermore, unlike the billions of dollars of federal funding dedicated to alcohol, tobacco and drug addiction programs, there are no federal funds allocated to support problem gambling services.

### *Defendant Operates A Gambling Website*

7.    Defendant Yellow Social Interactive, Ltd. operates a popular gambling website available at pulse.com.  Defendant encourages people to "Join. Play. Win" on its website, where visitors can have "1000+ Vegas casino-style games At your fingertips."  Defendant promises that with new "casino-style" games released every week, you'll get that winning feeling with a huge variety Vegas slots at your fingertips!"



8.      Defendant also states, "[o]ur casino includes everything from online slots (500+ titles) and scratchcards to poker, blackjack and other casino games.  You'll also find exciting themed games and unique titles that'll keep you coming back for more.

# About Pulsz: The Best Play and Win Social Casino

At Pulsz, we're all about giving you the most entertaining social casino games around, designed for American players. You can jump right into the action anytime, anywhere, on any device – whether you're using a computer, phone, or tablet.

Our casino includes everything from online slots (500+ titles) and scratchcards to poker, blackjack and other casino games. You'll also find exciting themed games and unique titles that'll keep you coming back for more. Plus, we're always adding fresh games to our ever-growing library, so you'll never run out of new fun and joy.

Join Pulsz today and get ready to enjoy our promotions and gameplay options. Already joined Pulsz? Login and invite your friends to get rewarded even more!

## More About Pulsz

- Terms of Use
- Privacy Policy
- Player Safety Policy
- Contact Us

9.      When users log onto the website, the first thing they see is an array of colorful, digital slot machines and other games of chance, along with information about the user's gambling balance near the top of the screen (denoted GC and SC).

COMPLAINT                                                                                         3



GET COINS
GC 4,823
SC 0.95
HOLD AND WIN
PLAY THE FEATURE
EXCLUSIVE GAMES
FRUIT MILLION
PINK JOKER HOLD AND WIN
MISS CHERRY FRUITS JACKPOT PARTY
SECRET BAR MULTIDICE X
MECHANICAL CLOVER
HOT TRIPLE SEVENS
SUPERCHARGED CLOVERS HOLD AND WIN
WILD DIAMOND 7X
MISS CHERRY FRUITS
HOTTEST 666
777 GEMS RESPIN
BURNING CHILLI X
HOT TRIPLE SEVENS SPECIAL
FRUIT SUPER NOVA
DISCO BEATS
THUNDER COINS HOLD AND WIN 3X3
THUNDER MEGA SEVENS
BURNING CLASSICS
HOT HOT FRUIT
40 MEGA HOTFIRE
MEGA 7
HOT MANIA
MINTED COINS
ICE MANIA
VIP: Bronze
4 VIP Points
Gold Coins
GC 4,823
Sweepstakes Coins
SC 0.95
GET COINS
REDEEM
Home
Search
Slots
Previously Played
Top Games
Table Games
Promotions
Invite friends
My Account
Transaction History
FAQs
Connect Facebook
Dark theme
Logout

10.    Just like one would see on the floor of a brick-and-mortar casino in Las Vegas, the digital slot machines come in a wide variety of styles and themes, such as the examples shown below:





11.     Another part of the website is dedicated to "Table Games," such as poker.  That portion of the website features a short article about the history of gambling and the first land-based casino that opened in Venice in 1638.

12.     Once any of these Table Games are accessed, the website digitally replicates a casino table game.  When playing poker, for example, the user first bets a number of chips (with a set minimum bet), hits the "Deal" Button to reveal the first cards, and then choses whether to call or fold.



13.     Despite the clear purpose of the website, the word "gambling" is never used. Instead, Defendant gaslights users—including vulnerable populations struggling with gambling disorder—with euphemisms like "social gaming" and "sweepstakes."

14.     And yet, the website includes a webpage warning users about the dangers of "Computer Game Behavior Disorder," but describing all of the symptoms of what is, in fact, gambling addiction.

15.     Worse, to dissuade users from discontinuing their gambling, Defendant also offers harmful advice suggesting that website users should *not* seek help unless their symptoms have "sufficient severity" and have "been evident for at least 12 months."

**How can you spot a Computer Game Behavior Disorder?**
- Take notice of behavioral patterns that are characterized by the following:
  - An impaired control over playtime;
  - The need to prioritize gaming over other activities;
  - An elevated interest in games that surpasses that of other interests or daily responsibilities; or
  - A consistent escalation of playtime hours despite the occurrence of negative consequences surrounding the player.

- It's important to note that for a computer game disorder to be diagnosed, the behavior pattern must be of sufficient severity while resulting in significant impairment of personal, family, social, educational, occupational, or other important areas of functioning, and should normally have been evident for at least 12 months.

***Respondent Uses Supposedly Free "Social Gaming" As A Pretext For Real, Online Gambling***

16.     The pretext that the Pulze website does not involve gambling is based on Defendant's distinction between so-called "Gold Coins" and "Sweepstakes Coins," both of which can be used to gamble on the website.

17.     Coins are primarily obtained by buying them, and they are used the same way casino chips are used in brick-and-mortar casinos.

18.    Both coins can be used to play any of the games on the website, but a player can only win cash or gift cards for bets played with Sweepstakes Coins. Sweepstakes Coins Coin can be redeemed for $1 each. So, for example, if someone has 5,000 Sweepstakes Coins in their account, they have the equivalent of $5,000 in their account. In other words, Sweepstakes Coins are chips at a casino.

19.    People who visit the website for the first time are awarded an allocation of free "Gold Coins" and a very small number of Sweepstakes Coins. They can then play games on the website in "standard mode" using Gold Coins, or "sweepstakes mode" using Sweepstakes Coins. When gamblers play in "standard mode," they can win or lose Gold Coins, which eventually run out.

20.    To continue playing the games, consumers must purchase additional Gold Coins. Depending on any promotions that may be in effect, the price typically ranges from $2 for 10,000 Gold Coins to $100 for 628,000 Gold Coins. Armed with their new Gold Coins, consumers can continue gambling in "standard mode." If they win Gold Coins, players can use the Gold Coins to continue playing the games. Inevitably, however, customers eventually lose their entire Gold Coins balance and must spend more money to continue playing.

21.    Users can also play every game on the website using Sweepstakes Coins. Bar far, the most common way for users to obtain Sweepstakes Coins is to purchase Gold Coins. The more Gold Coins a user purchases, the more Sweepstakes Coins the user also receives. So, in effect, when a person buys Gold Coins, they are also buying Sweepstakes Coins. Generally, both coins must be purchased, and Defendant will only sell them together as a package.[1]

---

[1] Defendant claims that no purchase is necessary to buy Sweepstakes Coins. That statement is misleading because Defendant only provides a tiny number of Sweepstakes Coins that are instantly consumed by gambling. Nobody expects website users to limit their gambling to a few, complimentary Sweepstakes Coins, and free play incentives like those offered by Defendant are a typical ploy to entice gamblers to play. The gimmicks that Defendant uses to provide small amounts of Sweepstakes Coins are similar to how brick-and- mortar casinos tempt players to stay at a blackjack table with free drinks, or how online sportsbooks provide promotional "free wagers" for sports bets in jurisdictions where sports gambling is legal.

***All Purported Contracts With Defendant Are Void***

22.    There are two separate and independent reasons why any purported contract with Defendant is void.

23.    First, in California, a contract "is not lawful" if it is "contrary to an express provision of law," or "[o]therwise contrary to good morals."  Cal. Civ. Code. § 1667.  Gambling contracts have long been deemed to fall within the ambit of this rule.

24.    Parties cannot lawfully agree to engage in gambling any more than they can lawfully agree by contract to engage in forced labor, sex trafficking, illicit drug sales, or other crimes.

25.    Second, operating a business without a license or registration can result in serious consequences in any state.  California has one of the toughest sanctions for conducting business in California without necessary registration or licensing with the Secretary of State.

26.    In addition to costly penalties and fees, California authorizes the automatic voiding of any contracts a company entered into during the period it was out-of-compliance either with the secretary of state or with the California Franchise Tax Board (FTB).  Cal. Rev. & T. Code §§ 23304.1.  Thus, a customer or vendor that becomes aware of the company not being in good standing in California can void a contract simply due to lack of registration or noncompliance.

27.    Defendant is not registered with the State of California.

28.    Thus, by this Complaint, Plaintiff voids any purported contract between himself and Defendant, and any contractually-based defenses Defendant may raise are likewise void.

## THE PARTIES

29.    Plaintiff Dennis Boyle is a resident of Cypress, California.  Plaintiff struggles with gambling addiction, and he lost money on Defendant's illegal gambling website within the last three years.  As a result, he suffered an injury in fact resulting in the loss of money and/or property.

30.    Defendant Yellow Social Interactive, Ltd. is a business entity registered in Gibraltar, which is a British Overseas Territory located at the southern tip of Spain.  The

---

COMPLAINT                                                                                          9

company's registered office is at 2 Irish Town, Gibraltar, GX11 1AA. Through its website,
Defendant conducts business in California.

## JURISDICTION AND VENUE

31.     This Court has personal jurisdiction over the parties because Plaintiff resides in
California and submits to the jurisdiction of the Court, and because Defendant, at all times relevant
hereto, has systematically and continually conducted, and continues to conduct, business in this
State.

32.     Pulze.com is an interactive website used for commercial purposes—specifically,
gambling.

33.     It was foreseeable that California residents would use the Pulze.com website
because Defendant knew that California residents frequently gamble on the website and that they
would continue to do so.

34.     Pulze.com appeals to, and profits from, an audience in California, and California
residents form a significant portion of the website's customer base.

35.     As further evidence that Defendant foresaw and intended Californians to use its
gambling website, the privacy policy of the website includes a lengthy section specifically directed
at California residents, titled "Privacy Notice for California Residents."  This notice contains
information tailored to Californians about their privacy rights, as well as special procedures for
California residents to follow when requesting access to or deletion of their personal information,
and Defendant's procedures for responding to such requests.

36.     Pulze.com's Terms and Conditions purport to prohibit the use of the website from
certain states.  California is not one of those prohibited states.

37.     Defendant took steps to ensure that California residents would have access to the
website so that they could gamble online.  Specifically, there is widely available technology that
allows websites to detect the location of a website visitor, including the state in which they are
located.  Reputable online gambling companies utilize this technology to prevent website users
from using their websites if the website user is located in a state where online gambling is illegal,

like California.  However, Defendant made an affirmative decision to *not* use that technology for the Pulze.com website, because that would prevent Defendant from profiting from gambling in California.

38.    Venue is proper in this Court pursuant to Civil Code §§ 395 and 395.5. Defendant conducts business in this County and throughout the State of California

39.    Federal court subject matter jurisdiction over this action does not exist.  Plaintiff asserts no federal question or violations of federal law in this Complaint.  Plaintiff's individual claims do not exceed $75,000.

## FIRST CAUSE OF ACTION
### Unlawful Business Practices in Violation of the Unfair Competition Law
### California Business and Professions Code §§ 17200 et seq.

40.    Plaintiff incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

41.    Plaintiff is a "person" within the meaning of Cal. Bus. & Prof. Code § 17201 because he is a natural person.

42.    Plaintiff has standing under the UCL because he suffered an injury in fact and lost money or property as a result of Defendant's unlawful and unfair conduct.

43.    By hosting and facilitating the unlawful online gambling website at issue here, Defendant engaged in unfair competition within the meaning of Cal. Bus. & Prof. Code § 17200 by committing unlawful and unfair business acts and practices.

44.    Slot machines have long been outlawed in California, as are other games of chance offered on Defendant's website, such as blackjack, poker, and roulette.

45.    If a gaming machine has the look and feel of a slot machine or other gambling game, accepts real money for gameplay, and rewards a win with an "additional chance or right to use the slot machine or device," the device is an illegal slot machine or gambling.

46.    Consequently, social casinos, as described herein, are illegal slot machines and gambling operations under California law.

47.     California aggressively regulates all forms of gambling. One reason it does so is to prevent consumers from being cheated by professional gambling operations.

48.     Because social casinos operate as if they are not subject to gambling regulations, they do not comply with the regulations that govern the operation of slot machines or other gambling.

49.     Notably, while any legitimately operated casino must randomize its results, social casinos do not randomize their results, at least with respect to the electronic forms of gambling offered on the website.  Instead, social casinos tailor "wins" and "losses" in such a way as to maximize addiction (and, in turn, revenues).

50.     In other words, social casinos cheat players out of a legitimately randomized gaming experience. Not only can players never actually win money, but their financial losses are maximized by deceptive gameplay tweaks that would never be allowed in a legitimate (*i.e.*, licensed and regulated) slot machine.

51.     Defendant's slot machine games ("Illegal Slots") are illegal slot machines as defined by Cal. Penal Code§ 330b(d) because, among other reasons, when a player purchases and wagers virtual casino chips, a winning spin affords the player an "additional chance or right to use" the game. Pursuant to Cal. Penal Code § 330b(a), Defendant, among other violative conduct, manufactures, repairs, owns, stores, possesses, sells, rents, leases, lets on shares, lends and gives away, transports, and exposes for sale or lease, the Illegal Slots. Defendant also offers to repair, sells, rents, leases, lets on shares, lends and gives away, permit the operations, placement, maintenance, and keeping of, in places, rooms, spaces, and buildings owned, leased, or occupied, managed, or controlled by Defendant, the illegal slots and other games of chance.

52.     The Illegal Slots are illegal slot machines as defined by Cal. Penal Code § 330.1 because, among other reasons, when a player purchases and wagers virtual casino chips in the Illegal Slots, a winning spin affords the player an "additional chance or right to use" the Illegal Slots. Pursuant to Cal. Penal Code § 330.1(a), Defendant, among other violative conduct, manufactures, owns, stores, keeps, possesses, sells, rents, leases, lets on shares, lends and gives

away, transports, and exposes for sale and lease, the Illegal Slots. Defendant also offers to sell, rent, lease, let on shares, lends and gives away and permits the operation of and permits to be placed maintained, used, or kept in rooms, spaces, and building owned, leased, or occupied by Defendant or under Defendant's management and control, the Illegal Slots.

53.     The Illegal Slots are also illegal lotteries as defined by Cal. Penal Code § 319. Section 319 defines a lottery as any "any scheme for the disposal or distribution of property by chance, among persons who have paid or promised to pay any valuable consideration for the chance of obtaining such property." Thus, the elements of an illegal lottery under Section 319 are a prize (or "property"), distribution by chance, and consideration.

54.     The Illegal Slots and other games of chance offered on Stake.us satisfy all three elements because players pay valuable consideration in the form of real money to purchase virtual casino chips, use those chips to try to win prizes in the form of additional free plays, and are awarded these prizes based on chance outcomes.

55.     California law recognizes that the duty of the operator of a game of chance to permit the winner to play further games for free is an obligation arising from contract, and the right of the winning player to continue to play for free is personal property.

56.     Defendant's hosting and facilitating of the Illegal Slots and other games of chance described in this complaint constitute an unfair and unscrupulous business practice because— among other reasons—Defendant and the Illegal Slots work together to target and exploit vulnerable and addicted players; to deceptively tweak gameplay in order to maximize time-on-device and revenue; and to operate their online slot machines outside the bounds of licensing, regulation, and tax policy.

57.     Defendant also has acted unlawfully by doing business in California without the requisite registration or licensing with the Secretary of State.

58.     California's Unfair Competition Law ("UCL"), Bus. and Prof. Code § 17203, specifically authorizes this Court to issue injunctive relief to enjoin ongoing acts of unfair competition and unlawful conduct.

59.     Under the UCL, unfair competition encompasses any unlawful act, including acts made unlawful under the penal code.

60.     The UCL authorizes this Court to enjoin Defendant's ongoing violations of law, as alleged in this complaint.

61.     No plain, adequate, and complete remedy for Defendant's conduct exists at law. Consequently, the California Class is entitled to an equitable remedy under the UCL.

62.     Plaintiff seeks public injunctive relief under the UCL.  The primary purpose of this relief is to prohibit unlawful acts that threaten future injury to the general public as a whole, as opposed to a particular class of persons.

## SECOND CAUSE OF ACTION
### Violations of California's Consumer Legal Remedies Act ("CLRA")
### Cal. Civ. Code §§ 1750, *et seq.*

63.     Plaintiff incorporates by reference the allegations contained in all preceding paragraphs of this complaint.

64.     Defendant is a "person" as defined by California Civil Code § 1761(c).

65.     Plaintiff is a "consumer" within the meaning of California Civil Code § 1761(d).

66.     Defendant violated California Civil Code § 1770(a)(14) because its conduct has the tendency or capacity to deceive or confuse customers into believing that that the gambling transactions confer or involve certain rights, remedies, or obligations (i.e., the right to recover winnings and the obligation to pay for losses), when in fact any such rights, remedies, or obligations are prohibited by law.

67.     Defendant violated California Civil Code § 1770(a)(17) by representing that the website users will receive an economic benefit (in the form of gambling winnings), when the earning of the benefit is contingent on an event to occur subsequent to the consummation of the transaction (i.e., winning the bet).

68.     Defendant violated California Civil Code § 1770(a)(17) by inserting unconscionable provisions in the contract.  Namely, the entire agreement is unconscionable because it is unlawful.

The agreement also contains provisions intended to obstruct the Plaintiff's ability to seek public injunctive relief barring further violations of the law.

69. Defendant's unfair and deceptive acts or practices occurred in a transaction intended to result or that resulted in the sale of goods or services to a consumer.

70. Defendant acted with knowledge and intent.

71. As a result of Defendant's misconduct, Plaintiff has suffered monetary harm.

72. Plaintiff seeks public injunctive relief under the CLRA.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of the general public, pray:

A. For public injunctive relief shutting down the operation of Defendant's unlawful gambling website.

B. An award of fees and costs, to the extent permissible under the CLRA or any other statute.

C. For such other and further relief as the Court may deem proper.

Dated: November 5, 2024                    **SMITH KRIVOSHEY, PC**


By: _____
                Joel Smith

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (SBN 295032)
166 Geary Str STE 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (SBN 244902)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-4704
Facsimile: (888) 410-0415
E-Mail: joel@skclassactions.com

*Attorneys for Plaintiff*

Electronically Filed by Superior Court of California, County of Orange, 11/05/2024 12:21:06 PM.
30-2024-01438043-CU-BT-CJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By J. Garay, Deputy Clerk.
ID #:26

**SUMMONS**

**SUM-100**

*(CITACION JUDICIAL)*

<table>
<tr><td></td><td><em>FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE)</em></td></tr>
</table>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Yellow Social Interactive LTD

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Dennis Boyle

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es:)* Superior Court of California, County of
Orange, 700 Civic Center Drive West, Santa Ana, CA 92701

<table>
<tr><td>CASE NUMBER:<br><em>(Número del Caso:)</em></td><td>30-2024-01438043-CU-BT-CJC</td></tr>
<tr><td></td><td>Judge Shawn Nelson    Assigned for All Purposes</td></tr>
</table>

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Joel D. Smith, Smith Krivoshey PC, 867 Boylston Street, 5th Floor #1500, Boston. MA 02116 (see addendum)

DATE: 11/5/2024    DAVID H. YAMASAKI, Clerk of the Court    Clerk, by _____, Deputy
*(Fecha)*            *(Secretario)*      J. Garay    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*



**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):*

under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
        ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
        ☐ CCP 416.40 (association or partnership)      ☐ CCP 416.90 (authorized person)
        ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form    Save this form    Clear this form

**Addendum – Additional Attorney**

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (SBN 295032)
166 Geary Str STE 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com

*Attorney for Plaintiff*

Electronically Filed by Superior Court of California, County of Orange, 11/05/2024 12:21:06 PM.
30-2024-01438043-CU-BT-CJC - ROA # 4 - DAVID H. YAMASAKI, Clerk of the Court By J Garay, Deputy Clerk.
ID #:28

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Joel Smith (SBN 244902) (see addendum for additional attorney)<br>Smith Krivoshey PC, 166 Geary Street, Suite 1500, #1507, San Francisco, CA 94108<br><br>TELEPHONE NO.: 415-839-7077　　　FAX NO.:<br>EMAIL ADDRESS: joel@skclassactions.com<br>ATTORNEY FOR *(Name):* Plaintiff | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange |
|---|
| STREET ADDRESS: 700 Civic Center Drive West |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: Santa Ana, CA 92701 |
| BRANCH NAME: Central Justice Center |

| CASE NAME:<br>Dennis Boyle v. Yellow Social Interactive LTD |
|---|

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER:<br>30-2024-01438043-CU-BT-CJC |
|---|---|---|---|---|
| [x] Unlimited<br>(Amount<br>demanded<br>exceeds $35,000) | [ ] Limited<br>(Amount<br>demanded is<br>$35,000 or less) | [ ] Counter　　[ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | DEPT.: | JUDGE: Judge Shawn Nelson<br>**Assigned for All Purposes** |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22)<br>[ ] Uninsured motorist (46)<br>**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**<br>[ ] Asbestos (04)<br>[ ] Product liability (24)<br>[ ] Medical malpractice (45)<br>[ ] Other PI/PD/WD (23)<br>**Non-PI/PD/WD (Other) Tort**<br>[x] Business tort/unfair business practice (07)<br>[ ] Civil rights (08)<br>[ ] Defamation (13)<br>[ ] Fraud (16)<br>[ ] Intellectual property (19)<br>[ ] Professional negligence (25)<br>[ ] Other non-PI/PD/WD tort (35)<br>**Employment**<br>[ ] Wrongful termination (36)<br>[ ] Other employment (15) | [ ] Breach of contract/warranty (06)<br>[ ] Rule 3.740 collections (09)<br>[ ] Other collections (09)<br>[ ] Insurance coverage (18)<br>[ ] Other contract (37)<br>**Real Property**<br>[ ] Eminent domain/Inverse condemnation (14)<br>[ ] Wrongful eviction (33)<br>[ ] Other real property (26)<br>**Unlawful Detainer**<br>[ ] Commercial (31)<br>[ ] Residential (32)<br>[ ] Drugs (38)<br>**Judicial Review**<br>[ ] Asset forfeiture (05)<br>[ ] Petition re: arbitration award (11)<br>[ ] Writ of mandate (02)<br>[ ] Other judicial review (39) | [ ] Antitrust/Trade regulation (03)<br>[ ] Construction defect (10)<br>[ ] Mass tort (40)<br>[ ] Securities litigation (28)<br>[ ] Environmental/Toxic tort (30)<br>[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)<br>**Enforcement of Judgment**<br>[ ] Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>[ ] RICO (27)<br>[ ] Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>[ ] Partnership and corporate governance (21)<br>[ ] Other petition *(not specified above)* (43) |

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [ ] monetary  b. [x] nonmonetary; declaratory or injunctive relief  c. [ ] punitive
4. Number of causes of action *(specify):* 2 - UCL and CLRA
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 11/05/2024

Joel D. Smith
_____
(TYPE OR PRINT NAME)　　　　　　　　　　　　　　　　　　(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property
 Damage/Wrongful Death
Uninsured Motorist (46) *(if the
 case involves an uninsured
 motorist claim subject to
 arbitration, check this item
 instead of Auto)*
**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death) Tort**
Asbestos (04)
 Asbestos Property Damage
 Asbestos Personal Injury/
  Wrongful Death
Product Liability *(not asbestos or
 toxic/environmental)* (24)
Medical Malpractice (45)
 Medical Malpractice–
  Physicians & Surgeons
 Other Professional Health Care
  Malpractice
Other PI/PD/WD (23)
 Premises Liability (e.g., slip
  and fall)
 Intentional Bodily Injury/PD/WD
  (e.g., assault, vandalism)
 Intentional Infliction of
  Emotional Distress
 Negligent Infliction of
  Emotional Distress
 Other PI/PD/WD
**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
 Practice (07)
Civil Rights (e.g., discrimination,
 false arrest) *(not civil
 harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
 Legal Malpractice
 Other Professional Malpractice
  *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)
**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
 Breach of Rental/Lease
  Contract *(not unlawful detainer
  or wrongful eviction)*
 Contract/Warranty Breach–Seller
  Plaintiff *(not fraud or negligence)*
 Negligent Breach of Contract/
  Warranty
 Other Breach of Contract/Warranty
Collections (e.g., money owed, open
 book accounts) (09)
 Collection Case–Seller Plaintiff
 Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally
 complex)* (18)
 Auto Subrogation
 Other Coverage
Other Contract (37)
 Contractual Fraud
 Other Contract Dispute
**Real Property**
Eminent Domain/Inverse
 Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
 Writ of Possession of Real Property
 Mortgage Foreclosure
 Quiet Title
 Other Real Property *(not eminent
  domain, landlord/tenant, or
  foreclosure)*
**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
 drugs, check this item; otherwise,
 report as Commercial or Residential)*
**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
 Writ–Administrative Mandamus
 Writ–Mandamus on Limited Court
  Case Matter
 Writ–Other Limited Court Case Review
Other Judicial Review (39)
 Review of Health Officer Order
 Notice of Appeal–Labor Commissioner
  Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
 *(arising from provisionally complex
 case type listed above)* (41)
**Enforcement of Judgment**
Enforcement of Judgment (20)
 Abstract of Judgment (Out of County)
 Confession of Judgment *(non-domestic
  relations)*
 Sister State Judgment
 Administrative Agency Award
  *(not unpaid taxes)*
 Petition/Certification of Entry of
  Judgment on Unpaid Taxes
 Other Enforcement of Judgment Case
**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
 Declaratory Relief Only
 Injunctive Relief Only *(non-
  harassment)*
 Mechanics Lien
 Other Commercial Complaint
  Case *(non-tort/non-complex)*
 Other Civil Complaint
  *(non-tort/non-complex)*
**Miscellaneous Civil Petition**
Partnership and Corporate
 Governance (21)
Other Petition *(not specified above)* (43)
 Civil Harassment
 Workplace Violence
 Elder/Dependent Adult Abuse
 Election Contest
 Petition for Name Change
 Petition for Relief From Late Claim
 Other Civil Petition

**For your protection and privacy, please press the Clear
This Form button after you have printed the form.**

[Print this form]    [Save this form]    [Clear this form]



# SUPERIOR COURT OF CALIFORNIA

## COUNTY OF ORANGE

**Superior Court of California, County of Orange**

700 W. Civic Center Drive
Santa Ana,  CA  92702

|  |  |
|---|---|
| **PAYMENT RECEIPT** | **E-Filing Transaction #:** 11389866 |

**Receipt #:**  13340040

| **Clerk ID:** jgaray | **Transaction No:** 13511900 | **Transaction Date:** 11/07/2024 | **Transaction Time:** 01:42:20 PM |

| Case Number | Fee Type | Due Date | Qty | Fee Amount$ | Balance Due | Amount Paid | Remaining Balance |
|---|---|---|---|---|---|---|---|
| 30-2024-01438043-CU-BT-CJC | 194 - Complaint or other 1st paper | 11/05/2024 | 1 | $435.00 | $435.00 | $435.00 | $0.00 |
| | | | | Sales Tax: | | $0.00 | |
| | | | | **Total:** | | **$435.00** | **Total Rem. Bal:** |
| E-Filing :  - LegalConnect | | | | | | | |

| | |
|---|---|
| E-Filing: | $435.00 |
| Total Amount Tendered: | $435.00 |
| Change Due: | **$0.00** |
| Balance: | **$0.00** |

A $45 fee may be charged for each returned check, electronic funds transfer or credit card payment.

## COPY

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE | FOR COURT USE ONLY |
|---|---|
| STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE |
| PLANTIFF: Dennis Boyle | |
| DEFENDANT: Yellow Social Interactive LTD | **Nov 7, 2024** |
| Short Title: BOYLE VS. YELLOW SOCIAL INTERACTIVE LTD | Clerk of the Court<br>By: J. Garay, Deputy |
| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2024-01438043-CU-BT-CJC |

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>04/10/2025</u> at <u>09:00:00 AM</u> in Department <u>C19</u> of this court, located at <u>Central Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

<u>**IMPORTANT:**</u> Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

<u>**IMPORTANTE:**</u> Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

<u>**QUAN TRỌNG:**</u> Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html

Clerk of the Court,  By: _____ , Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701

**SHORT TITLE:** BOYLE VS. YELLOW SOCIAL INTERACTIVE LTD

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER: **30-2024-01438043-CU-BT-CJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Santa Ana, California, on 11/07/2024. Following standard court practice the mailing will occur at Sacramento, California on 11/08/2024.

Clerk of the Court, by: _____ , Deputy

SMITH KRIVOSHEY, PC
867 BOYLSTON STREET # 1520
BOSTON, MA 02116

SMITH KRIVOSHEY, PC
166 GEARY STREET # 1500-1507
SAN FRANCISCO, CA 94108

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center Drive
Santa Ana, CA 92702

**SHORT TITLE:** Boyle vs. Yellow Social Interactive LTD

| CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE | CASE NUMBER: 30-2024-01438043-CU-BT-CJC |
|---|---|

I certify that I am not a party to this cause. I certify that that the following document(s), Notice of Hearing OC, was transmitted electronically by an Orange County Superior Court email server on November 7, 2024, at 1:45:00 PM PST. The business mailing address is Orange County Superior Court, 700 Civic Center Dr. W, Santa Ana, California 92701. Pursuant to Code of Civil Procedure section 1013b, I electronically served the document(s) on the persons identified at the email addresses listed below:

SMITH KRIVOSHEY, PC
joel@skclassactions.com

SMITH KRIVOSHEY, PC
yeremey@skclassactions.com

Clerk of the Court, by: *Fred Acosta* , Deputy

---

**CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE**

**V3 1013a (June 2004)**                                                        Code of Civ. Procedure , § CCP1013(a)

| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE** | **FOR COURT USE ONLY** |
|---|---|
| STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center | **FILED**<br>*SUPERIOR COURT OF CALIFORNIA*<br>*COUNTY OF ORANGE* |
| PLANTIFF: Dennis Boyle | |
| DEFENDANT: Yellow Social Interactive LTD | **Nov 7, 2024** |
| Short Title: BOYLE VS. YELLOW SOCIAL INTERACTIVE LTD | Clerk of the Court<br>By: J. Garay, Deputy |
| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2024-01438043-CU-BT-CJC |

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>04/10/2025</u> at <u>09:00:00 AM</u> in Department <u>C19</u> of this court, located at <u>Central Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

<u>**IMPORTANT:**</u> Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

<u>**IMPORTANTE:**</u> Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

<u>**QUAN TRỌNG:**</u> Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html

Clerk of the Court,  By: _____ , Deputy

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

Central Justice Center
700 W. Civic Center DRIVE
Santa Ana 92701

**SHORT TITLE:** BOYLE VS. YELLOW SOCIAL INTERACTIVE LTD

| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER: |
|---|---|
| | **30-2024-01438043-CU-BT-CJC** |

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Santa Ana, California, on 11/07/2024. Following standard court practice the mailing will occur at Sacramento, California on 11/08/2024.

Clerk of the Court, by: _____ , Deputy

SMITH KRIVOSHEY, PC
867 BOYLSTON STREET # 1520
BOSTON, MA 02116

SMITH KRIVOSHEY, PC
166 GEARY STREET # 1500-1507
SAN FRANCISCO, CA 94108

---

**CLERK'S CERTIFICATE OF SERVICE BY MAIL**

Page: 2

## SERVICE OF DOCUMENTS PURSUANT TO THE HAGUE CONVENTION

| | |
|---|---|
| **From:** | Registrar, Supreme Court, Gibraltar |
| **To:** | Bailiff Manager |
| **Date:** | 03/12/2024 |
| **Subject:** | Service of Documents – **YELLOW SOCIAL INTERACTIVE LTD, 2 IRISH TOWN, GIBRALTAR** |
| **Our ref:** | H263/24 |

I would be grateful if you would serve the attached documents:

1. Date of Service:  16/12/24

2. Place of Service:  T + T Management Services Limited. 2 Irish Town.

3. Full name of person on whom documents served:  Andrew Lee Jeffries- Lia

4. Relationship of that person to the person/company on whom the documents are being served:  Company Secretary / Registered office.

5. Signature of person served:

T T Management Services Limited
Secretaries

EMMA ACRIS
For Registrar

BAILIFF:

IF NOT SERVED – REASONS FOR NON-SERVICE: _____

_____

_____