**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (SBN 295032)
Brittany S. Scott (SBN 327132)
166 Geary Str STE 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com
         brittany@skclassactions.com

*Attorneys for Plaintiff*
*Additional Attorneys listed below*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BOYLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>YELLOW SOCIAL INTERACTIVE, LTD. and YSI US, INC.,<br><br>　　　　Defendant. | Case No. 8:25-cv-00063-JVS-ADS<br><br>**JOINT STIPULATION STAYING CASE FOR FORTY-FIVE (45) DAYS**<br><br>Judge: Hon. James V. Selna |

Pursuant to this Court's Orders dated February 7, 2025 and February 11, 2025, Plaintiff Dennis Boyle ("Plaintiff") and Defendants Yellow Social Interactive Ltd. ("YSI Ltd.") and YSI US, Inc. ("YSI US", together with YSI Ltd. the "YSI Defendants" or "Defendants") (together with Plaintiff, the "Parties") hereby file this Joint Stipulation and request entry of an order staying all proceedings, discovery, and deadlines in this Action for forty-five (45) days while the Court considers a pending Motion filed by Plaintiff and Plaintiff's counsel against a different defendant in another action that may inform the Parties' respective positions in this action.

WHEREAS, Plaintiff filed his First Amended Complaint ("FAC") on April 25, 2025 (ECF 33);

WHEREAS, Defendants' deadline to file their Motion to Dismiss and/or Motion to Compel Arbitration in response to the FAC is May 28, 2025 (April 2, 2024 Order, ECF 32).

WHEREAS, there is a motion to compel arbitration pending before this Court in *Boyle v. Sweepsteaks Limited*, Case No. 8:25-cv-00302-JVS-ADS ("*Sweepsteaks Limited*"), which is set for hearing on May 19, 2025 at 1:30 p.m.

WHEREAS, many of the issues raised in *Sweepsteaks Limited* are likely to be raised here, so the Court's decision on the *Sweepsteaks Limited* motion will likely inform the Parties' respective positions regarding the Defendants' anticipated Motion to Compel Arbitration in this case;

WHEREAS, the Parties have met and conferred and agree that for this reason, good cause exists to stay this action for forty-five (45) days pending a decision in *Sweepsteaks Limited*;

WHEREAS, a brief stay in this matter is also in the interest of judicial economy because it may avoid the need for unnecessary motion practice and the unnecessary use of judicial and Party resources, or otherwise inform the Parties' views about the issues in this case. Absent a stay, Defendants will be required to

1  respond to the FAC, the Parties will be required to engage in motion practice, and the
2  Parties will be required to move forward with discovery, all of which may prove
3  unnecessary depending on the outcome in *Sweepsteaks Limited*.
4    WHEREAS, the stay shall only affect Defendants' responsive pleading
5  deadline, Defendants' deadline to respond to pending written discovery, and the May
6  19, 2025 Rule 26(f) Scheduling Conference in this matter as there are no other dates
7  presently set before the Court;
8    NOW THEREFORE, the Parties stipulate to stay the action and continue all
9  proceedings, discovery, and deadlines for forty-five (45) days. The Parties jointly
10 propose the following amended case management dates:

| **Date/Deadline** | **Current Date** | **Proposed New Date** |
| --- | --- | --- |
| Parties to submit updated Rule 26(f) Joint Report | ------ | June 27, 2025 |
| Rule 26(f) Scheduling Conference | May 19, 2025 | July 3, 2025 |
| Defendants' Response to Plaintiff's Pending Written Discovery | May 28, 2025 | July 14, 2025 |
| Defendants' Response to the FAC (ECF No. 32) | May 28, 2025 | July 14, 2025 |
| Plaintiffs' Opposition to Defendants' Motions (ECF No. 32) | June 27, 2025 | August 13, 2025 |
| Hearing on Defendants' Motions | On or after August 11, 2025 | On or after September 25, 2025 |

| | | |
|---|---|---|
| Dated: | May 13, 2025 | **SMITH KRIVOSHEY, PC** |

By: */s/Brittany S. Scott*
      Brittany S. Scott

Yeremey O. Krivoshey (SBN 295032)
Brittany S. Scott (SBN 327132)
166 Geary Str STE 1500-1507
San Francisco, CA 94108
Telephone: 415-839-7077
Facsimile: (888) 410-0415
E-Mail: yeremey@skclassactions.com
       brittany@skclassactions.com

**SMITH KRIVOSHEY, PC**
Joel D. Smith (SBN 244902)
867 Boylston Street 5th Floor #1520
Boston, MA 02116
Telephone: 617-377-4704
Facsimile: (888) 410-0415
E-Mail: joel@skclassactions.com

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| Dated: | May 13, 2025 | **DUANE MORRIS LLP** |

By: */s/ Lauren M. Case*
      Lauren M. Case

Lauren M. Case (SBN 280629)
lmcase@duanemorris.com
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105

DUANE MORRIS LLP
Karen L. Alexander (SBN: 265926)
KLAlexander@duanemorris.com
Gina M. Foran (SBN: 311005)

GMForan@duanemorris.com
DUANE MORRIS LLP
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450

*Attorneys for Yellow Social Interactive, Ltd. and YSI US, Inc.*

## SIGNATURE ATTESTATION

I hereby certify that concurrence in the filing of this document has been obtained from each of the signatories shown above.

Dated:  May 13, 2025          By:  */s/ Brittany S. Scott*
                                     Brittany S. Scott