1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9
10  DENNIS BOYLE,                        Case No. 8:25-cv-00063-JVS-ADS
11              Plaintiff,
                                         **ORDER STAYING CASE FOR**
12         v.                            **FORTY-FIVE (45) DAYS [37]**
13  YELLOW SOCIAL INTERACTIVE,
    LTD. and YSI US, INC.,               Judge: Jame V. Selna
14
                Defendant.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS HEREBY ORDERED THAT:**

1. All proceedings, discovery, and deadlines are stayed and continued for forty-five (45) days; and

2. The new case management dates and deadlines are as follows:

| Date/Deadline | New Date |
|---|---|
| Parties to submit updated Rule 26(f) Joint Report | **June 30, 2025** |
| Rule 26(f) Scheduling Conference | **July 7, 2025, at 10:30 a.m.** |
| Defendants' Response to Plaintiff's Pending Written Discovery | July 14, 2025 |
| Defendants' Response to the FAC (ECF No. 32) | July 14, 2025 |
| Plaintiffs' Opposition to Defendants' Motions (ECF No. 32) | August 13, 2025 |
| Hearing on Defendants' Motions | September 29, 2025 |

**IT IS SO ORDERED.**

DATED: May 16, 2025

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE